**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SHRONNA THOMAS**     **Case No. 2:13-cv-0061**
                       **JUDGE GREGORY L. FROST**
    **Plaintiff,**     **Magistrate Judge Elizabeth P. Deavers**

**v.**

**JP MORGAN CHASE,**

    **Defendant.**

## **ORDER**

Before the Court is Plaintiff Shronna Thomas's "Notice of Dismissal With Prejudice," purporting to voluntarily dismiss this action.  (ECF No. 21.)  Because Defendant has filed an answer, however, Plaintiff may not dismiss this action by way of notice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Plaintiff may only obtain voluntary dismissal by way of a stipulation or by court order.  Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(B).  Because Plaintiff's filing is not a stipulation (it is not signed by all parties), the Court construes Plaintiff's filing as a motion for voluntary dismissal with prejudice.

For good cause shown, the Court hereby **DISMISSES** this action with prejudice.

    **IT IS SO ORDERED**.

                                                /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              UNITED STATES DISTRICT JUDGE